### Case No. 14,631a.

UNITED STATES v. BOX OF DRY GOODS.

[Cited in U. S. v. The Francis Hatch, Case No. 15,158. Nowhere reported; opinion not now accessible.]